[No. 12927-9-I. Division One. November 13, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TRACY ANTHONY PETROCELLI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03570-8, James D. McCutcheon, Jr., J., entered March 2, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Ringold and Corbett, JJ.

[No. 5816-6-III. Division Three. November 15, 1984.]

*In the Matter of the Marriage of* DONALD J. SIPE, JR., *Respondent, and* JANN C. SIPE, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 23344, W. R. Cole, J., entered March 28, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.